**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Alvin J. Gallow
Concordia Correctional Center DOC No. 416280
26356 Hwy 15
Ferriday LA 71334

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on October 28, 2020 |

**REHEARING ACTION: October 28, 2020**

**Docket Number: 19   00074-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ALVIN J. GALLOW**

**Writ Application from Evangeline Parish Case No. 58280-E**

**BEFORE JUDGES:**

 **Hon. Billy Howard Ezell**
 **Hon. Phyllis M. Keaty**
 **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Alvin J. Gallow** is:

 **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Trent Brignac, Counsel for  the Respondent